**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| *In Re*: | } | Case No. 13-05577 |
| | } | |
| EIRAN FELDMAN, | } | Chapter 7 |
| Debtor. | } | Honorable Judge Pamela S. Hollis |

To:  *See Service List*

**NOTICE OF ROUTINE MOTION FOR FINAL EXTENSION OF TIME**
**TO FILE OBJECTION TO DISCHARGE UNDER §727 AND/OR**
**COMPLAINT TO DETERMINE DISCHARGEABILITY UNDER §523**

   **PLEASE TAKE NOTICE** that on September 26, 2013 at 10:00 a.m., or as soon thereafter as counsel may be heard, I intend to appear before the Honorable Pamela S. Hollis, or any Judge sitting in her stead, in Courtroom 644, 219 S. Dearborn St., Chicago, IL 60604, and then and there present Creditor NORTH COMMUNITY BANK's Routine Motion for Final Extension of Time to File Objection to Discharge Under §727 and/or Complaint to Determine Dischargeability under §523, a copy of which is attached and hereby served upon you, and at which time you may appear as you deem fit.

                    Respectfully Submitted,
                    NORTH COMMUNITY BANK

          By:   */s/ M. Leslie Kite*
                M. LESLIE KITE
                M. LESLIE KITE & ASSOCIATES, P.C.
                208 S. LaSalle St, - Suite 1750
                Chicago, IL  60604-1170
                312-236-2128

**CERTIFICATE OF SERVICE**

   The undersigned attorney hereby certifies that, on September 23, 2013, I caused true and correct copies of the attached, referenced Motion and Draft Order to be served via the Court's CM/ECF electronic filing system, and via first-class, postage prepaid U.S. Mail upon the parties and/or counsel listed in the attached Service List.

                    */s/ M. Leslie Kite*

## SERVICE LIST

| Horace Fox, Jr.<br>Lehman & Fox<br>6 E. Monroe St.<br>Chicago, IL  60603<br>*Trustee* | Patrick S. Layng<br>219 S. Dearborn St.<br>Room 873<br>Chicago, IL  60604<br>*U.S. Trustee* | Ariel Weissberg<br>Weissberg & Associates, Ltd.<br>401 S. LaSalle St. – Suite 403<br>Chicago, IL  60605<br>*Attorney for Debtor* |
|---|---|---|
| Joel A. Stein<br>Deutsch, Levy & Engel Chtd.<br>225 W. Washington St.<br>Suite 1700<br>Chicago, IL  60606<br>*Attorney for North Shore Community Bank & Trust* | | |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| *In Re*: | Case No. 13-05577 |
| Eiran Feldman, | Chapter 7 |
| Debtor. | Honorable Judge Pamela S. Hollis |

### ROUTINE MOTION FOR FINAL EXTENSION OF TIME TO FILE OBJECTION TO DISCHARGE UNDER §727 AND/OR COMPLAINT TO DETERMINE DISCHARGEABILITY UNDER §523

NOW COMES Creditor North Community Bank ("NCBank"), by counsel, pursuant to Fed. R. Bankr. P. 4004(b), and for its Motion for Final Extension of Time to File an Objection to Discharge and/or Complaint to Determine Dischargeability, states as follows:

Pursuant to local rule 9013-9(5) of this Bankruptcy Court, This Motion is a routine motion.

NCBank requests a final extension of time in which to review, analyze and evaluate the grounds, if any, to file an objection to dischargeability of the Debtor and/or a complaint to determine dischargeability of Debtor's debt to NCBank.

Further, Debtor has agreed to the granting of the relief requested herein. The granting of the attached proposed Order is warranted.

WHEREFORE, Creditor North Community Bank requests that this Honorable Court grant it leave, until and through October 31, 2013, in which to file an Objection, if any, to the Dischargeability of Debtor and/or a Complaint to Determine Dischargeability, and any additional relief the Court deems appropriate.

Respectfully Submitted,
North Community Bank

By: /s/ M. Leslie Kite
M. Leslie Kite
M. Leslie Kite & Associates, P.C.
208 S. LaSalle St. - Suite 1750
Chicago, IL 60604-1170
312-236-2128